**No. 57284.**—North Atlantic Seed Co., Inc. *v.* United States, protest 199032–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 57285.**—L. Barbier *v.* United States, protests 187555–K, etc. (New York).

Opinion by EKWALL, J. An examination of the papers showing that the protests were filed more than 60 days after liquidation, the motion to dismiss was granted.